**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| HECTOR RIVERA, | : | |
| | : | Civil Action |
| Petitioner, | : | 1:05-CV-05893 (FLW) |
| | : | |
| v. | : | **O R D E R** |
| | : | |
| THE FEDERAL BUREAU OF PRISONS, | : | |
| | : | |
| et al., | : | |
| | : | |
| Respondents. | : | |

For the reasons set forth in the Opinion filed herewith,

**IT IS on this 28th day of February, 2006, ORDERED** that the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is DISMISSED; and it is further

**ORDERED** that the Clerk shall serve copies of this Order and the accompanying Opinion by regular mail upon all parties, and shall close the file on this matter.

                          S/Freda   L.   Wolfson
                          **FREDA L. WOLFSON**
                **United States District Judge**